**Orlando MARTINEZ, Appellant**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 12–2348.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 21, 2013.

Filed: March 26, 2013.

Orlando Martinez, Youngstown, OH, pro se.

Julia M. Wright, Assistant U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Orlando Martinez appeals the district court's[1] denial of his motion to return property. After careful review, *see Jackson v. United States*, 526 F.3d 394, 396 (8th Cir.2008), we conclude that the motion was properly denied for the reasons stated by the district court.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.